IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GASTINEAU, ROBERT DAVID | ) | Case No. 16-00959-PHX-DPC |
| | ) | |
| | ) | TRUSTEE'S APPLICATION |
| | ) | FOR COMPENSATION AND |
| | ) | REIMBURSEMENT OF |
| | ) | EXPENSES |
| Debtor(s) | ) | |
| | ) | |

       The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1. <u>Introduction</u>. The petition commencing this case was filed on <u>February 3, 2016</u>, the undersigned was appointed Trustee on <u>February 3, 2016</u>, and the 11 U.S.C. §341(a) meeting was completed on <u>March 7, 2016</u>.

2. <u>Disposition of Assets</u>. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached hereto as Form 1 (Individual Estate Property Record).

3. <u>Receipts and Disbursements</u>. An itemized statement of the Trustee's receipts and disbursements showing total receipts of <u>$1,829.00</u>, disbursements of <u>$355.00</u>, and balance of funds on hand of <u>$1,474.00</u>, is attached hereto as Form 2 (Estate Cash Receipts and Disbursements Record).

4. <u>Trustee's Fees and Expenses</u>. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case in the amount of <u>$457.25</u>. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is <u>$457.25</u>, computed as follows:

| | | | |
|---|---|---|---|
| | $1,829.00 | 25% of First $5,000 | $457.25 |
| Less | -5,000.00 | ($1,250 Maximum) | |
| Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | -45,000.00 | ($4,500 Maximum) | |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | -950,000.00 | ($47,500 Maximum) | |
| Balance | 0.00 | 3% of Balance | $0.00 |
| | | **Total Compensation** | $457.25 |

I have received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $457.25 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---:|
| Premium on Trustee's Bond | $0.44 |
| Travel (17.0 MILES @$0.565/MILES) | $9.61 |
| Copies (133.0 EACH @$0.25/EACH) | $33.25 |
| Postage | $1.96 |
| PARKING | $4.00 |
| Total Expenses | $49.26 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $49.26 as my final reimbursement.

5. The Trustee requests ratification and approval of such additional administrative expenses as set forth below:

| | |
|---|---:|
| BANK SERVICE FEES | $70.00 |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| July 20, 2017 | /s/ Maureen Gaughan |
| DATE | Maureen Gaughan, Trustee |